DELVIN SWEENEY, Respondent, v BRUCKNER PLAZA ASSOCIATES et al., Appellants, et al., Defendants.

Decided May 5, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of WALTER K. TELFER, Appellant, v NICOLE L. PICKARD, Respondent.

Submitted March 2, 2009; decided May 5, 2009

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the dismissal of the enforcement application, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.